**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

——————————

**No. 25-1373**

——————————

WILLIAM C. POWELL,

　　　　　Plaintiff - Appellant,

　　　v.

JOHN PHELAN, Secretary of the Navy,

　　　　　Defendant - Appellee.

——————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:22-cv-00266-RBS-DEM)

——————————

Submitted:  August 21, 2025                    Decided:  August 25, 2025

——————————

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

——————————

Affirmed by unpublished per curiam opinion.

——————————

William C. Powell, Appellant Pro Se.

——————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William C. Powell appeals the district court's order granting Defendant summary judgment on Powell's discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 to 634, and denying Powell's "Request for Reconsideration." We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Powell v. Del Toro*, No. 2:22-cv-00266-RBS-DEM (E.D. Va. Feb. 11, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*